UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SCOTT PAYNE,

                Plaintiff,

    v.

CAROLYN W COLVIN, Acting
Commissioner of Social Security,

                Defendant.

CASE NO. C15-0945RSM

ORDER ADOPTING REPORT AND
RECOMMENDATION

The Court, having reviewed Plaintiff's Complaint, the Report and Recommendation ("R&R") of Judge David W. Christel, United States Magistrate Judge, the Objections to the R&R, Plaintiff's response to those Objections, and the remaining record, does hereby find and ORDER:

1.  The Court ADOPTS the R&R.  The Commissioner has objected to the R&R, arguing that it is in error because the decision from which Plaintiff appeals was not a "final decision of the Commissioner," and was not "made after a hearing," and therefore is not subject to judicial review. Dkt. #27.  The Court disagrees.  As Plaintiff responds, the Commissioner has misconstrued Plaintiff's appeal and Judge Cristel's decision. Plaintiff acknowledges that he cannot reopen the Commissioner's prior final decision; instead, he argues that res judicata does not bar an adjudication of his present

1   applications due to the existence of new and material evidence pertaining to the

2   previously-adjudicated period.  The legal authority presented in the Objections does

3   not address that issue.  Moreover, the Commissioner has failed to address the legal

4   basis of Judge Cristel's decision – namely, Social Security Ruling 68-12a – or the

5   legal authority upon which he relies.  Accordingly, the Undersigned agrees that the

6   ALJ erred in her decision as described in the R&R.

7       2.  This matter is REVERSED and REMANDED for further administrative proceedings.

8   DATED this 19th day of April, 2016.

9

10

11  _____
    RICARDO S. MARTINEZ
12  CHIEF UNITED STATES DISTRICT JUDGE

ORDER - 2